227 F.2d 382
 Nicholas R. McCARTHY, Plaintiff-Appellee,
v.
The PENNSYLVANIA RAILROAD COMPANY, Defendant-Appellant.
 No. 108, Docket 23725.
 United States Court of Appeals Second Circuit.
 Argued Nov. 9, 1955.
Decided Nov. 23, 1955.
 
 Seymour Schwartz, New York City (Bromsen & Gammerman, New York City, on the brief), for plaintiff-appellee.
 David J. Mountan, Jr., New York City (Conboy, Hewitt, O'Brien & Boardman, New York City, on the brief), for defendant-appellant.
 Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 There was sufficient evidence to present an issue for the jury in support of plaintiff's contention that the operator of the electric baggage truck might have chosen a safe path on the other side of the station platform, instead of the course he followed-- next the train discharging and receiving passengers. See, e.g., Callaghan v. City of New York, 283 App.Div. 388, 128 N.Y.S.2d 206.
 
 
 2
 Affirmed.